**Joseph RIDDICK, Petitioner–Appellant,**

v.

**Joyce K. CONLEY, Dr., Warden, Federal Correctional Institution at Beckley, WV; United States of America, Respondents–Appellees.**

No. 02–6614.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 27, 2002.

Joseph Riddick, Appellant Pro Se.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joseph Riddick appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Riddick v. Conley,* No. CA–01–899–2 (E.D. Va. filed Apr. 1, 2002; entered Apr. 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*